IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AARON GLAESER, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CASE NO. 3:05-1043 |
| CHEATHAM COUNTY SHERIFF'S DEPARTMENT, MUNICIPAL GOVERNMENT OF CHEATHAM COUNTY & JASON LITTLEJOHN. | ) )   JUDGE GRIFFIN ) ) ) |
|     Defendants. | ) |

## PLAINTIFF'S RULE 26(a)(1) STATEMENT

Come now the Plaintiff, AARON GLAESER, by and through undersigned counsel, and submit the following Rule 26(a)(1) statement:

(A) <u>Individuals likely to have discoverable information:</u>

1. Nicholas McCloud, Ashland City, Tennessee 37015
2. Officer Jason Littlejohn, Cheatham County Sheriff's Department, Ashland City, TN 37015
3. Medical staff (to be determined) of Vanderbilt University Medical Center, Nashville, Tennessee
4. Law Enforcement Personnel (to be identified) of Cheatham County Sheriff's Department, Ashland City, Tennessee

(B) <u>Documents relevant to disputed facts:</u>

1. Medical records and billing statements related to injuries of the Plaintiff are forthcoming.
2. Police records and discovery related material as to criminal charge.

(C). <u>Other Documents:</u> None.

(D) <u>Damages:</u> To be determined.

EXHIBIT A

RESPECTFULLY SUBMITTED:

ADAM W. PARRISH, P.C.

S/Adam W. Parrish

**ADAM WILDING PARRISH**
Attorney for Plaintiff
110 South Cumberland
Lebanon, Tennessee 37087
(615)444-6884

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served on the following by (X) U. S. Mail, postage prepaid; ( ) hand delivery; ( ) facsimile transmission to _____, hard copy by U. S. Mail:

W. Carl Spining
Attorney for Defendants
200 Fourth Avenue North, Suite 300
Nashville, Tennessee, 37219

This the 2nd day of May, 2006.

Adam W. Parrish