

| | | | |
|---|---|---|---|
| | THOMAS C. CORTS | CYNTHIA D. ᴇ. ᴀIRE | OF COUNSEL |
| | DOUGLAS A. BRACE | TODD A. BRICKER | WILLIAM P. ORTALE |
| | WILLIAM M. BILLIPS | D. ANDREW SAULTERS | DAVID B. HERBERT |
| | JOSEPH B. KLOCKENKEMPER III† | ANGELA D. SIMMONS | ELAINE M. YOUNGBLOOD††† |
| | PAUL M. BUCHANAN | JULIE BHATTACHARYA PEAK | |
| | WENDY LYNNE LONGMIRE* | DERON H. BROWN | RETIRED |
| LAW OFFICES | GERALD C. WIGGER | J. BRENT MOORE | WILLIAM H. CRAWFORD, JR. |
| ORTALE, KELLEY, | DAVID B. SCOTT | JEREMY H. CHERRY | *CERTIFIED AS A CIVIL |
| HERBERT & CRAWFORD | RICHARD W. SEBASTIAN | CHARLES H. CROCKER, JR.†† | TRIAL SPECIALIST |
| | W. CARL SPINING | DAVID P. VIAL, II | †ADMITTED IN FLORIDA |
| WWW.ORTALEKELLEY.COM | | | ††ADMITTED IN ARKANSAS |
| | | | †††ADMITTED IN TEXAS |

October 30, 2006

**Via Facsimile (615) 444-8094 & U.S. Mail**
Adam Wilding Parrish, Esq.
110 South Cumberland
Lebanon, TN 37087

    RE:    Glaeser v. Cheatham Co. Sherriff's Department, et al.
           U.S. District Court # 3-05-1043

Dear Mr. Parrish:

    You will recall from a letter from Carl Spining dated September 6, 2006 that he requested that you complete and/or supplement your initial Rule 26(a)(1) disclosures to provide medical records and bills and other documents supporting your client's claims, as well as a calculation of your client's damages. At the end of the deposition of your client on October 20, 2006, you advised that you were putting that information together and would forward the same to our attention. As of the date of this letter, we have not received your primary or supplemental initial disclosures regarding the same. Please give me or Carl Spining a call as soon as you can so we can discuss this. We certainly would like to get calculations of your client's damages sooner rather than later.

    Adam, as you know, we are under a scheduling order in this matter, which requires any motions that are related to discovery be filed no later than November 6, 2006. We certainly do not want to file a motion to compel in this regard. Accordingly, please call us so we can discuss this and determine when we will receive this information. I look forward to hearing from you.

    Very truly yours,

    ORTALE, KELLEY, HERBERT & CRAWFORD

    *Deron Brown by [signature]*
    Deron H. Brown

DHB:ccl

MAIN OFFICE
THIRD FLOOR NOEL PLACE
200 FOURTH AVENUE NORTH
P.O. BOX 198985
NASHVILLE, TENNESSEE 37219-8985
(615) 256-9999
FACSIMILE (615) 726-1494

**EXHIBIT**
tabbies
C

FRANKLIN OFFICE
FIRST TENNESSEE BANK BUILDING
231 PUBLIC SQUARE
SUITE 205
FRANKLIN, TENNESSEE 37064
(615) 591-1800
FACSIMILE (615) 591-1644

Case 3:05-cv-01043   Document 20-3   Filed 11/06/06   Page 1 of 1 PageID #: 67