

| | | |
|---|---|---|
| THOMAS C. CORTS | CYNTHIA D. ... MIRE | OF COUNSEL |
| DOUGLAS A. BRACE | TODD A. BRICKER | WILLIAM P. ORTALE |
| WILLIAM M. BILLIPS | D. ANDREW SAULTERS | DAVID B. HERBERT |
| JOSEPH B. KLOCKENKEMPER II† | ANGELA D. SIMMONS | ELAINE M. YOUNGBLOOD††† |
| PAUL M. BUCHANAN | JULIE BHATTACHARYA PEAK | |
| WENDY LYNNE LONGMIRE* | DERON H. BROWN | RETIRED |
| GERALD C. WIGGER | J. BRENT MOORE | WILLIAM H. CRAWFORD, JR. |
| DAVID B. SCOTT | JEREMY H. CHERRY | *CERTIFIED AS A CIVIL |
| RICHARD W. SEBASTIAN | CHARLES H. CROCKER, JR.†† | TRIAL SPECIALIST |
| W. CARL SPINING | DAVID P. VIAL, II | †ADMITTED IN FLORIDA |
| | | ††ADMITTED IN ARKANSAS |
| | | †††ADMITTED IN TEXAS |

LAW OFFICES
ORTALE, KELLEY,
HERBERT & CRAWFORD
WWW.ORTALEKELLEY.COM

November 2, 2006

<u>Via Facsimile (615) 444-8094 & U.S. Mail</u>
Adam Wilding Parrish, Esq.
110 South Cumberland
Lebanon, TN 37087

      RE:    Glaeser v. Cheatham Co. Sherriff's Department, et al.
               U.S. District Court # 3-05-1043

Dear Mr. Parrish:

      Pursuant to my letter to you dated October 31, 2006, I requested that you contact Carl Spining or me to discuss your client's initial Rule 26(a)(1) disclosures, which need to be completed and/or supplemented. As of the date of this letter, we have not heard from you. As you know, we have a duty pursuant to the Local Rules of the United States District Court for the Middle District of Tennessee to confer in good faith in order to work out discovery disputes. Should we not hear from you to discuss this matter by noon on November 6, 2006, we will be forced to file a motion to compel. Please call Carl Spining or me to discuss this as soon as possible.

                      Very truly yours,

                      ORTALE, KELLEY, HERBERT & CRAWFORD

                      Deron H. Brown

DHB:ccl

MAIN OFFICE
THIRD FLOOR NOEL PLACE
200 FOURTH AVENUE NORTH
P.O. BOX 198985
NASHVILLE, TENNESSEE 37219-8985
(615) 256-9999
FACSIMILE (615) 726-4.434

EXHIBIT
D

FRANKLIN OFFICE
FIRST TENNESSEE BANK BUILDING
231 PUBLIC SQUARE
SUITE 205
FRANKLIN, TENNESSEE 37064
(615) 591-1800
FACSIMILE (615) 591-1644

Case 3:05-cv-01043    Document 20-4    Filed 11/06/06    Page 1 of 1 PageID #: 62