IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---------------------------------------------

AARON GLAESER,           )
                         )
          Plaintiff,     )
                         )
vs.                      )
                         )     No. 3-05-1043
CHEATHAM COUNTY, TN,     )
and JASON LITTLEJOHN,    )
                         )
          Defendants.    )
                         )

---------------------------------------------

The deposition of **AARON GLAESER** was taken before Meah Murphy, Court Reporter and Notary Public at Large, on the 20th of October, 2006, beginning at the approximate hour of 9:30 a.m., in the Charles Bass Correctional Complex, 7177 Cockrill Bend Boulevard, Nashville, Tennessee.

Taken by Notice, for the purpose of producing evidence and/or for discovery, pursuant to the Tennessee Rules of Civil Procedure.

---------------------------------------------

CERTIFIED REPORTING ASSOCIATION
739 TULIP GROVE ROAD, NO. 303
HERMITAGE, TENNESSEE  37076
PHONE:  (615) 260-7193

**EXHIBIT**

```
1         Are you on anything now?
2                   A.    I haven't been able to afford
3         to go to a doctor because I don't have
4         insurance.
5                   Q.    Okay.
6                   A.    TennCare dropped me right
7         before it happened, and I was off my
8         medication.
9                   Q.    All right.  Going back to
10        December 12, the incident, do you know of any
11        witnesses other than you and the deputy, and
12        I think, wasn't there another guy, Nicholas
13        MacLeod?
14                  A.    Yes, sir.
15                  Q.    Is there anybody else that you
16        know of that was there or that saw what
17        occurred?
18                  A.    I can't think of anybody that
19        actually saw anything.  The guy whose house
20        it happened in front of claimed that he saw
21        something, but it was raining and dark, and
22        his house was 60 or 70 feet from where it
23        happened, so I don't see how he could have
24        possibly seen anything.
25                  Q.    Okay.
```

1   car.

2          A.   Yes, sir.

3          Q.   And you-all were headed to

4   Valley View Road.

5          A.   Yes, sir.

6          Q.   And then what happened?

7          A.   We were going down Bear Wallow

8   Road after we left Nick's house, and we

9   turned right there at Orange's Market, which

10   is a Citgo right there at the corner of

11   Vanity Road.

12          Q.   Right.

13          A.   We got a little way down it,

14   and we were playing around speeding.  A cop

15   passed us, and when he passed us, I flashed

16   my high beams to my buddy, Nick.  Instead of

17   pulling over, he pushed the gas, so I pushed

18   the gas.  We were both young and dumb.  We

19   went around the curve, and I went around my

20   buddy, Nick, and I got so far ahead I

21   couldn't hear the cop's sirens or anything.

22   I pulled all the way in a road, which is a

23   little dead-end road on Valley View.  I cut

24   off my car, and a couple of minutes later, my

25   buddy, Nick, pulled in the same dead-end road

```
1     with the cop still right behind him.  I
2     started my car back up, and he chased us down
3     to the dead end.  I was in my car in the
4     guy's driveway, and Nick was in his car
5     behind me, and the cop was in his car behind
6     him.  I circled around through the yard, came
7     around by the telephone pole probably six or
8     eight feet off the side of the driveway.
9     When I got even with Littlejohn's car, he
10    stepped out of his door and opened fire.
11              Q.  All right.  You have told me a
12    lot, so I am going to kind of break this down
13    a little bit, okay?  And I apologize, but I'm
14    going to ask you some -- you may have to
15    repeat a few things.  So when you turned down
16    Vanity Road, was that like a way to get to
17    Valley View Road?
18              A.  Yes, sir.
19              Q.  Okay.
20              A.  Vanity Road leads from Bear
21    Wallow Road to Valley View.
22              Q.  Okay.  And had you or
23    Nicholas -- had you been drinking or taking
24    any drugs that day?
25              A.  No, sir.
```

```
 1                        Q.   Okay.  Had you taken any of
 2         your Lithium?
 3                        A.   I was off my medicine at that
 4         time.
 5                        Q.   You were off of that medicine?
 6                        A.   TennCare had dropped me, and I
 7         didn't have my medicine.
 8                        Q.   Okay.  And so you-all went
 9         down Vanity Road?  About what time was that?
10                        A.   It probably had to be about --
11         I don't know.  If it was 7:15 when he shot
12         me, it had to be right around 7 o'clock.
13                        Q.   All right.  And when you both
14         turned down Vanity Road, Nicholas was ahead
15         of you?
16                        A.   Yes, sir.
17                        Q.   And he basically floored it?
18                        A.   We were doing 61 in a 35, the
19         speed limit on Vanity Road.  He clocked us at
20         61, and I was a few inches behind Nick
21         because we were playing cat and mouse.
22                        Q.   Okay.  What does that mean?
23                        A.   Just, basically, I'd pull up
24         real close to his butt, and he would speed
25         up.  And I would pull up close to him again,
```

```
 1      and he would speed up.
 2                 Q.   Okay.  So you weren't drag
 3      racing or anything?
 4                 A.   No, sir.  We were just doing
 5      over the speed limit.
 6                 Q.   Okay.  And you said it was
 7      dark and rainy that night?
 8                 A.   It was just starting to get
 9      dark when the cop got behind us at first.
10                 Q.   Okay.  And where were you when
11      you first saw the cop?  Were you near a
12      crossroad or something?
13                 A.   No.  Vanity Road doesn't have
14      any crossroads.  It is just a road that cuts
15      in between Bear Wallow and Valley View.
16                 Q.   Was Deputy Littlejohn -- did
17      he meet you and pass you, and that's how he
18      caught you?
19                 A.   Yes, sir.
20                 Q.   Okay.  All right.  And so when
21      you passed Deputy Littlejohn's cruiser, did
22      he turn the lights on, and you knew then
23      that --
24                 A.   I didn't even notice that we
25      had passed him until after he had turned
```

1  around and he came up behind me with his
2  lights flashing.
3          Q.   Okay.
4          A.   My buddy, Nick, was the one
5  that told me that he passed us.
6          Q.   Okay.  So Deputy Littlejohn
7  was behind you with his lights going?
8          A.   Yes, sir.
9          Q.   Okay.  And then you didn't
10 stop?
11         A.   I flashed my high beams at
12 Nick.  Nick pushed his gas, because I seen a
13 black puff of smoke come out of his exhaust.
14 He sped up, and when he sped up, I sped up.
15 My car went faster than his, so when we hit a
16 turn, I went around him.  And I got far
17 enough ahead that I couldn't hear the sirens.
18 I pulled off on that dead end on Valley View.
19         Q.   And you pulled off Wanoe
20 first?  You were the one that pulled off
21 Wanoe first?
22         A.   Yes, sir.
23         Q.   Okay.
24         A.   I had gone around Nick, and
25 the cop couldn't get past Nick.  And I got so

```
 1        far ahead that I couldn't hear the sirens,
 2        and I pulled on Wanoe.  I cut off my car and
 3        my headlights, because I thought I was away.
 4        And probably two minutes later, Nick pulled
 5        on the same road with the cop still behind
 6        him.
 7                  Q.   Okay.  And why didn't you just
 8        stop?
 9                  A.   I was on probation in
10        Nashville for DUI.
11                  Q.   Okay.
12                  A.   And my license was suspended,
13        but I had a license out of Kentucky.
14                  Q.   Okay.
15                  A.   I think Nick's license was
16        suspended, too, is the reason he didn't stop.
17                  Q.   Okay.  When Officer -- I say
18        officer.  When Deputy Littlejohn came up
19        behind you with the lights going, did he have
20        the sirens going, too?
21                  A.   Yes, sir.
22                  Q.   Okay.  And at that point, were
23        you still going 61 miles per hour or greater?
24                  A.   When he first got behind us,
25        we were going 61.
```

1    with that part of town?  I mean, obviously,

2    Valley View Road --

3              A.   We had been working with our

4    boss for probably four months or so, so we

5    were pretty familiar with the roads.  That

6    night was the first night I had ever seen a

7    cop on them roads.

8              Q.   So Bandy is basically

9    residential.  Valley View Road, is that just

10   houses, residential?

11             A.   Yeah.

12             Q.   What about Wanoe?  Is it just

13   little houses on a cul-de-sac?  Is that what

14   it is?

15             A.   It is not even really a

16   cul-de-sac.  It is basically a gravel road,

17   which is kind of asphalty gravel, and it goes

18   down and just stops at people's yard.

19             Q.   Okay.

20             A.   There is only one house on

21   Wanoe Road.

22             Q.   Is that a bad part of town, or

23   do you know?

24             A.   They had said, after it all

25   happened, that Valley View was supposed to be

1     a bad road. There was a lot of drug dealers

2     out there or something, but I didn't know

3     anything about all of that.

4             Q. Okay. So you knew that Wanoe

5     was a dead end?

6             A. Yes, sir.

7             Q. But why did you turn down

8     there? Did you think you were away from the

9     deputy, and you were just going to sit there?

10             A. Yes, sir, I turned down it and

11     cut off my headlights because I figured Nick

12     would have kept going down Valley View.

13             Q. Just to kind of hide a little

14     bit?

15             A. I could have just turned left

16     off of Wanoe and went straight through on the

17     corner right there and pulled straight into

18     my boss' yard, but I didn't think about it.

19             Q. All right. And so you said

20     that you got to the end of Wanoe. You turned

21     off your car. Did you turn off your lights?

22             A. I pulled about halfway down

23     Wanoe, and that was where I cut off my car

24     and headlights.

25             Q. Did you turn around, facing

1               Q.    Okay.  So when you were
2        sitting there and Nicholas' car came in, did
3        he do a lot of damage when he hit you --
4               A.    No.
5               Q.    -- or just --
6               A.    Just basically bumped me.
7               Q.    Okay.  And then Deputy
8        Littlejohn came up right behind him?
9               A.    Uh-huh.  (Affirmative
10       response.)
11              Q.    And then what did you do?  I
12       think I you told me, but I am trying to break
13       it down.  So then you started your car up?
14              A.    Drove on down to the dead end.
15              Q.    Okay.  You drove to the end.
16              A.    Nick was right behind me, and
17       the cop was right behind him.
18              Q.    So Nicholas kept going, too?
19              A.    Uh-huh.  (Affirmative
20       response.)  Nick didn't stop until he ran out
21       of gas right there at the dead end on Wanoe.
22              Q.    So this may be a dumb
23       question, but I have to ask it:  Why did you
24       turn your car on and drive all the way down
25       to the dead end?  Were you still trying to

```
1      get away from the deputy?
2                A.   Yes, sir.
3                Q.   Okay.  And so you got to the
4      end, and then you turned around.  Do you know
5      Charles Parker?  Is that the guy --
6                A.   That's the guy's house it is.
7                Q.   Okay.  So did you turn around
8      kind of in his yard to make a u-ey?
9                A.   His house over on the right
10     side.
11               Q.   Okay.
12               A.   And I turned around on the
13     left side across the street from his house.
14               Q.   Okay.  And when you turned
15     around, is that the point that Nicholas ran
16     out of gas?  He wasn't able to make the turn,
17     either?
18               A.   He got up right behind me, and
19     when I went around, he ran out of gas right
20     there before he could pull in the yard.
21               Q.   Okay.
22               A.   He said he was going to follow
23     me, and I told him I am glad he didn't,
24     because the cop probably would have killed
25     him.
```

1          Q.   Okay.  Let me ask you, Wanoe
2     Road, you said it is that crush-n-run,
3     asphalty type road.
4               A.   Yeah.
5               Q.   Is there a line in between for
6     two lanes?
7               A.   No.  It is a one-lane.
8               Q.   It is just a little one-lane
9     road?
10              A.   Uh-huh.  (Affirmative
11    response.)
12              Q.   So were you guys, basically,
13    in the center of the road?
14              A.   Uh-huh.  (Affirmative
15    response.)
16              Q.   Okay.  So when you went to
17    turn around --
18              A.   It was a big field on the
19    left-hand side.
20              Q.   Okay.
21              A.   I drove through the field and
22    came down out of the field before I came back
23    on the road.  I didn't come back on the road
24    until probably 20 feet after I passed
25    Littlejohn's car.

```
 1                     Q.   Okay.  So Nicholas was still
 2       in the road, basically, facing the end of
 3       Wanoe Road.  Deputy Littlejohn was still
 4       behind Nicholas' car.  Was he still, like,
 5       really close?
 6                     A.   He was right on Nicholas' back
 7       end.
 8                     Q.   Okay.  And you took a left and
 9       were you going in a field, going down the
10       side of the road, going out of Wanoe?
11                     A.   Yes, sir.
12                     Q.   Okay.  And at the point that
13       you did that, did you see Deputy Littlejohn?
14                     A.   He stepped out his car about
15       the time that I was getting up beside him.
16                     Q.   Okay.
17                     A.   And he tried to say that I was
18       trying to run over him, but none of the shots
19       were at the front of my car.
20                     Q.   Okay.
21                     A.   He shot five shots, and three
22       out of five was after I was past him.
23                     Q.   Okay.  And I'll get to that in
24       just a minute.  I am just trying to get in my
25       mind what happened.  So you said Deputy
```

66

| | |
|---|---|
| 1 | Littlejohn got out of his car. Where did you |
| 2 | see him? Where was he? Did he have the door |
| 3 | still open? |
| 4 | A. He opened up his driver's side |
| 5 | door and stepped out and started shooting. |
| 6 | Q. Okay. So when he stepped out, |
| 7 | where was your car? Was your car right |
| 8 | beside his? |
| 9 | A. I was eight feet to the |
| 10 | left-hand side of his car. |
| 11 | Q. But were you side by side, |
| 12 | basically? |
| 13 | A. It was probably front to |
| 14 | front, about like this. |
| 15 | Q. Okay. So, I understand. The |
| 16 | front of your car was kind of at the same |
| 17 | area that the front of his car was. |
| 18 | A. The front of my car was right |
| 19 | by his door when he stepped out, and I was |
| 20 | eight feet to the left-hand side, so I know |
| 21 | there was no way he could have mistaken me as |
| 22 | trying to come at him. |
| 23 | Q. Okay. |
| 24 | A. Because I was already going |
| 25 | past him. |