# IN THE CRIMINAL/CIRCUIT COURT OF CHEATHAM COUNTY, TENNESSEE

Case Number: 14544  Count: 3  Attorney for the [State]: ROBERT S. WILSON
Judicial District: 23  Judicial Division: III  Counsel for Defendant: PAT MCNALLY

**State of Tennessee**
vs.
Defendant: AARON MATTHEW GLAESER  Alias:
Date of Birth: 07/26/1981  Sex: M  Race: White  SSN: 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
Indictment Filing Date: / /  TDOC #:  TBI Document Control #:

[X] Retained  [ ] Appointed  [ ] Public Defender

FILED AUG 31 2006
Julie Womack
Circuit Court Clerk

## JUDGMENT

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.

On the 20th day of April, 2006, the defendant:

[X] Pled Guilty  [ ] Dismissed/Nolle Prosequi
[ ] Nolo Contendere  [ ] Retired/Unapprehended Defendant
[ ] Guilty Plea - Pursuant to 40-35-313

Indictment: Class (circle one) 1st A B C (D) E  [X] Felony  [ ] Misdemeanor
Offense: EVADING ARREST (RISK OF DEATH)
Amended Charge:
Offense date: 12/12/2004  County: CHEATHAM

Is found: [X] Guilty  [ ] Not Guilty
[ ] Jury Verdict  [ ] Not Guilty by Reason of Insanity
[ ] Bench Trial

Conviction offense: EVADING ARREST (RISK OF DEATH)
TCA#: 39-16-603  Sentence-imposed date: 08/30/2006
Conviction: Class (circle one) 1st A B C (D) E  [X] Felony  [ ] Misdemeanor

After considering the evidence, the entire record, and all factors in T.C.A. Title 40, Chapter 35, all of which are incorporated by reference herein, the Court's findings & rulings are:

**Sentence Reform Act of 1989**
Offender Status (Check One):
[ ] Mitigated  [X] Standard  [ ] Multiple  [ ] Persistent  [ ] Career  [ ] RepeatViolent

Release Eligibility (Check One):
[ ] Mitigated 20%  [ ] Mitigated 30%  [X] Standard 30%  [ ] Multiple 35%  [ ] Persistent 45%  [ ] Career 60%  [ ] Violent 100%
[ ] Multiple Rapist 100%  [ ] Child Rapist 100%  [ ] Repeat Violent 100%  [ ] 1st Degree Murder  [ ] School Zone  [ ] Gang Related

Concurrent with:
Consecutive to:

Pretrial Jail Credit Period(s):
From / / to / /
From / / to / /
From / / to / /
From / / to / /

Sentenced to: [X] TDOC  [ ] County Jail  [ ] Workhouse
Sentenced Length: 3 Years ___ Months ___ Days ___ Hours ___ Week-ends  [ ] Life  [ ] Life w/out Parole  [ ] Death
Mandatory Minimum Sentence Length ( _____ 39-17-417, 39-13-513, 39-13-514 in School Zone or _____ 55-10-401 - DUI 4th Offense)
Period of Incarceration to be Served Prior to Release on Probation: ___ Months ___ Days ___ Hours ___ Weekends
Minimum service prior to eligibility for work release, furlough, trusty status and rehabilitative programs: ___ % (Misdemeanor Only)
Alternative Sentence: [ ] Probation  [ ] Diversion  [ ] Community Based Alternative - Specify _____
___ Years ___ Months ___ Days Effective: _____

Court Ordered Fees and Fines:
$ _____ Criminal Injuries Compensation Fund
$ _____ Sex Offender Tax
$ _____ Court Costs
$ _____ Fine Assessed
$ _____ Other:

Cost To Be Paid By: [X] Defendant  [ ] State

Restitution: Victim Name _____
Address _____
Total Amount $ _____  Per Month $ _____
[ ] Unpaid Community Service: ___ Hours ___ Days ___ Weeks ___ Months

[X] The Defendant having been found guilty is rendered infamous and is ordered to provide a biological specimen for the purpose of DNA analysis.
Special Conditions: [ ] Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration.
THE COURT RECOMMENDS THAT DEFENDANT ENTER SPCIAL NEEDS FACILITY DUE TO MENTAL PROBLEMS.

GEORGE SEXTON  /s/ George Sexton  08/30/2006
Judge's Signature  Date of Entry of Judgment
Attorney for State/Signature (optional)  Defendant's Attorney/Signature (optional)  RDA 1167

**EXHIBIT C**

# IN THE CRIMINAL/CIRCUIT COURT OF CHEATHAM COUNTY, TENNESSEE

Case Number: 14544  Count: 1  Attorney for the State: ROBERT S. WILSON
Judicial District: 23  Judicial Division: III  Counsel for Defendant: PAT MCNALLY

**State of Tennessee**
vs.
Defendant: AARON MATTHEW GLAESER  Alias: _____

[X] Retained  [ ] Appointed  [ ] Public Defender

Date of Birth: 07/26/1981  Sex: M  Race: White  SSN: 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

Indictment Filing Date: __/__/__  TDOC #: _____  TBI Document Control #: _____

FILED AUG 31 2006
Julie Womack
Circuit Court Clerk

## JUDGMENT

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.

On the 20th day of April, 2006, the defendant:

[X] Pled Guilty  [ ] Dismissed/Nolle Prosequi
[ ] Nolo Contendere  [ ] Retired/Unapprehended Defendant
[ ] Guilty Plea - Pursuant to 40-35-313

Indictment: Class (circle one) 1st A B (C) D E  [X] Felony  [ ] Misdemeanor
Offense: AGGRAVATED ASSAULT- FEAR WITH WEAPON
Amended Charge: _____
Offense date: 12/12/2004  County: CHEATHAM

Is found: [X] Guilty  [ ] Not Guilty
[ ] Jury Verdict  [ ] Not Guilty by Reason of Insanity
[ ] Bench Trial

Conviction offense: RECKLESS ENDANGERMENT -DEADLY WEAPON INVOLVED
TCA#: 39-13-103  Sentence-imposed date: 08/30/2006
Conviction: Class (circle one) 1st A B C D (E)  [X] Felony  [ ] Misdemeanor

After considering the evidence, the entire record, and all factors in T.C.A. Title 40, Chapter 35, all of which are incorporated by reference herein, the Court's findings & rulings are:

**Sentence Reform Act of 1989**
Offender Status (Check One):
[ ] Mitigated
[X] Standard
[ ] Multiple
[ ] Persistent
[ ] Career
[ ] RepeatViolent

Release Eligibility (Check One):
[ ] Mitigated 20%
[ ] Mitigated 30%
[X] Standard 30%
[ ] Multiple 35%
[ ] Persistent 45%
[ ] Career 60%
[ ] Violent 100%
[ ] Multiple Rapist 100%
[ ] Child Rapist 100%
[ ] Repeat Violent 100%
[ ] 1st Degree Murder
[ ] School Zone
[ ] Gang Related

Concurrent with: Cheatham County #14544 Count 3
Consecutive to: _____

Pretrial Jail Credit Period(s):
From __/__/__ to __/__/__
From __/__/__ to __/__/__
From __/__/__ to __/__/__
From __/__/__ to __/__/__

Sentenced to: [X] TDOC  [ ] County Jail  [ ] Workhouse
Sentenced Length: 1 Years ___ Months ___ Days ___ Hours ___ Week-ends  [ ] Life  [ ] Life w/out Parole  [ ] Death
Mandatory Minimum Sentence Length ( _____ 39-17-417, 39-13-513, 39-13-514 in School Zone or _____ 55-10-401 - DUI 4th Offense)
Period of Incarceration to be Served Prior to Release on Probation: ___ Months ___ Days ___ Hours ___ Weekends
Minimum service prior to eligibility for work release, furlough, trusty status and rehabilitative programs: ___% (Misdemeanor Only)
Alternative Sentence: [ ] Probation  [ ] Diversion  [ ] Community Based Alternative- Specify _____
___ Years ___ Months ___ Days Effective: _____

Court Ordered Fees and Fines:
$ _____ Criminal Injuries Compensation Fund
$ _____ Sex Offender Tax
$ _____ Court Costs
$ _____ Fine Assessed
$ _____ Other: _____

Cost To Be Paid By: [X] Defendant  [ ] State

Restitution: Victim Name _____
Address _____
Total Amount $ _____ Per Month $ _____
[ ] Unpaid Community Service: ___ Hours ___ Days ___ Weeks ___ Months

[X] The Defendant having been found guilty is rendered infamous and is ordered to provide a biological specimen for the purpose of DNA analysis.
Special Conditions: [ ] Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration.

THE COURT RECOMMENDS DEFENDANT ENTER SPECIAL NEEDS FACILITY DUE TO MENTAL PROBLEMS.

GEORGE SEXTON  _[signature]_  08/30/2006
Judge's Name  Judge's Signature  Date of Entry of Judgment

CR-3419 (Rev. 3/03)  Attorney for State/Signature (optional)  Defendant's Attorney/Signature (optional)  RDA 1167